# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>  a Texas limited liability company,<br><br>            Plaintiff,<br><br>      v.<br><br>FUJITSU LIMITED,<br>  a Japanese corporation,<br><br>            Defendant. | Civil Action No. 6:23-cv-00878-ADA |

## UNOPPOSED NOTICE OF EXTENSION OF TIME TO RESPOND TO ORIGINAL COMPLAINT

Plaintiff ACQIS LLC ("ACQIS"), by and through its undersigned counsel, files this Unopposed Notice of Extension of Time for Defendant Fujitsu Limited ("Fujitsu") to answer or otherwise respond to Plaintiff's original Complaint.

Fujitsu has agreed to waive service of process with respect to ACQIS's original Complaint only, including any objections to the absence of a summons or service as to that Complaint, and has stipulated it will not contest whether it was properly served with the original Complaint, including under Federal Rule of Civil Procedure 12(b)(4) or (5), the Hague Service Convention, or the laws of Japan, in exchange for an extension of time to respond to the original Complaint from the time of the Parties' agreement.  The Parties agree that Fujitsu reserves all defenses and objections to this lawsuit, and that Fujitsu explicitly reserves the right to object as to the propriety of any amended complaint, including under Federal Rule of Civil Procedure 12(b)(4) or (5), the Hague Service Convention, or the laws of Japan, filed before the agreed-upon responsive pleading deadline.

Consistent with the Parties' agreement, Fujitsu's deadline to answer or otherwise respond to the original Complaint is extended up to and including Monday June 24, 2024. The requested extension does not change the date of any other event or deadline already fixed by Court order. Nor would it alter a date set for any hearing, final submission to the Court related to a hearing, or trial. Fujitsu does not oppose the relief requested in this notice.

Dated:  April 17, 2024                    Respectfully submitted,

By: */s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar. No. 00796136
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
Email: pamstutz@scottdoug.com

Case Collard (*admitted*)
Colo. Reg. No. 40692
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: collard.case@dorsey.com

*Attorneys for Plaintiff ACQIS LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on April 17, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz